No. 03–6479. KENNEY *v.* MENDEZ, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03–6862. SMITH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 03–6979. HENDERSON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 03–6982. CLARK *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7010. HOOD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 03–7065. PENNEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–7134. BROWN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–7542. LONG *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 03–7546. BELTON *v.* MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–7551. BLANDINO *v.* LONG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7557. EARTHMAN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 03–7566. ROCHESTER *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7570. JOHNSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 03–7573. DUGAS *v.* JONES, WARDEN. C. A. 5th Cir. Certiorari denied.